Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

The Turfgrass Group, Inc.  v. Carolina Fresh Farms Inc.

No. 14-1017

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Carolian Fresh Frams, Inc.
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner  [✓] Respondent  [ ] Amicus curiae  [ ] Cross Appellant
[ ] Appellant   [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name:               Christian E. Boesl
Law firm:           Collins & Lacy, PC
Address:            Post Office Box 12487
City, State and ZIP: Columbia, SC  29211
Telephone:          803-256-2660
Fax #:              803-771-4484
E-mail address:     cboesl@collinsandlacy.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

10/22/13                              [signature]
Date                                  Signature of pro se of counsel

cc: _____

123

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  October 23, 2013
by:

☒ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Christian E. Boesl | /s/ Christian E. Boesl |
| Name of Counsel | Signature of Counsel |

Law Firm  Collins & Lacy, P.C.

Address  Post Office Box 12487

City, State, ZIP  Columbia, SC 29211

Telephone Number  803-256-2660

FAX Number  803-771-4484

E-mail Address  cboesl@collinsandlacy.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.