NO. 14-1017

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

THE TURFGRASS GROUP, INC., and UNIVERSITY OF GEORGIA
RESEARCH FOUNDATION, INC.,

Plaintiffs-Appellants,

v.

CAROLINA FRESH FARMS, INC., CAROLINA FRESH FARMS, L.L.C. F/K/A
CAROLINA FRESH FARMS, INC., and JOHN A. FOGLE, SR.,

Defendants-Appellees.

On Appeal from the United States District Court for the District of South Carolina
No. 5:10-cv-00849-JMC
Honorable J. Michelle Childs

## APPELLEES' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

Under Federal Circuit Rule 26(b), Appellees respectfully move this Court for a 30-day extension of time, until March 19, 2014, in which to file their Appellees' Brief. Appellees' Brief currently is due on February 17, 2014. This date has not been previously extended. Good cause exists for the requested extension, as set forth in detail in the following Declaration of Robert F. Goings. Appellants do not oppose or object to this motion.

Respectfully submitted,

By:   s/     Robert F. Goings
          Robert F. Goings, Esq.
          Goings Law Firm, LLC
          914 Richland Street, Suite A-101
          Post Office Box 436 (29202)
          Columbia, South Carolina 29201
          Telephone: (803) 350-9230
          Facsimile: (877) 789-6340
          Email: rgoings@goingslawfirm.com

*Attorney for Defendants-Appellees*

Columbia, South Carolina
January 29, 2014

## DECLARATION OF ROBERT F. GOINGS

1.      I am an attorney duly admitted to practice law in the State of South Carolina with Goings Law Firm, LLC.  I am counsel to Defendants-Appellees in this matter.

2.      I have knowledge of the facts set forth below and, if called as a witness, could and would testify to them.

3.      I have consulted with opposing counsel regarding the Defendants-Appellees' request for a 30 day extension.  Opposing counsel does not oppose or object to this motion.

4.      I make this declaration as required by Circuit Rule 26(b)(5) to demonstrate good cause for an extension that exceeds 14 days.

5.      I believe that good cause exists for a thirty-day extension for the following reasons:

    (a)  Appellants were granted a 30-day extension to file their principal brief.  (Document: 16);
    (b)  Appellants are appealing multiple orders and rulings of the district court;
    (c)  This appeal follows a multi-week jury trial with a trial transcript of 1410 pages;
    (d)  Appellants' Principal Brief contains 13,841 words and six (6) Statement of Issues with subparts that require significant effort to fully research and brief in response; and
    (e)  The undersigned counsel would be unable to draft and finalize Appellee's Brief within the original time provided due to other pending cases and work constrains.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 29, 2014.


s/      Robert F. Goings

**Form 9**

FORM 9.  Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

_____ v. _____

No. _____

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) _____ certifies the following (use "None" if applicable; use extra sheets if necessary):

1.      The full name of every party or amicus represented by me is:

_____

_____

_____

2.      The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____

_____

_____

3.      All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

_____

_____

_____

4.      The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

_____

_____

_____            _____
            Date                                    Signature of counsel

                                            _____
                                                    Printed name of counsel

Please Note: All questions must be answered
cc: _____

124

NO. 14-1017

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

THE TURFGRASS GROUP, INC., and UNIVERSITY OF GEORGIA
RESEARCH FOUNDATION, INC.,

Plaintiffs-Appellants,

v.

CAROLINA FRESH FARMS, INC., CAROLINA FRESH FARMS, L.L.C. F/K/A
CAROLINA FRESH FARMS, INC., and JOHN A. FOGLE, SR.,

Defendants-Appellees.

On Appeal from the United States District Court for the District of South Carolina
No. 5:10-cv-00849-JMC
Honorable J. Michelle Childs

## CERTIFICATE OF SERVICE

I hereby certify that this day I did cause the Appellees' Unopposed Motion
For Extension of Time to File Brief to be served on the principal attorney for the
Appellees via CM/ECF.

s/      Robert F. Goings

*Attorney for Defendants-Appellees*

Columbia, South Carolina
January 29, 2014