NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE TURFGRASS GROUP, INC., AND UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.,**
*Plaintiffs-Appellants,*

v.

**CAROLINA FRESH FARMS, INC., CAROLINA FRESH FARMS, L.L.C., FKA CAROLINA FRESH FARMS, INC., AND JOHN A. FOGLE, SR.,**
*Defendants-Appellees.*

---

2014-1017

---

Appeal from the United States District Court for the District of South Carolina in No. 5:10-cv-00849-JMC, Judge J. Michelle Childs.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to amend the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that the appellants' corrected opening brief is due within 45 days of the date of filing of this order and the appellees' response brief is due within 60 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21