NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**THE TURFGRASS GROUP, INC., UNIVERSITY OF GEORGIA RESEARCH FOUNDATION, INC.,**
*Plaintiffs - Appellants*

v.

**CAROLINA FRESH FARMS, INC., CAROLINA FRESH FARMS, L.L.C., FKA Carolina Fresh Farms, Inc., JOHN A. FOGLE, SR.,**
*Defendants - Appellees*

———————————————

14-1017

———————————————

Appeal from the United States District Court for the District of South Carolina in case no. 5:10-cv-00849-JMC United States District Judge J. Michelle Childs

———————————————

## O R D E R

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

2    THE TURFGRASS GROUP, INC. v. CAROLINA FRESH FARMS, INC.


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT

August 4, 2014              /s/ Daniel E. O'Toole
                           Daniel E. O'Toole
                           Clerk of Court


cc: Clerk's Office, United States District Court for the District of South Carolina
Christian E. Boesl
Robert F. Goings
Cecil Duff Nolan Jr.
Damon C. Wlodarczyk

**ISSUED AS A MANDATE:** August 4, 2014