UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

NO. 14-1017

(5:10-cv-00849-JMC)

_____

The Turfgrass Group, Inc., and University of Georgia Research Foundation, Inc.,

Appellants,

v.

Carolina Fresh Farms, Inc., Carolina Fresh Farms, L.L.C. f/k/a Carolina Fresh Farms, Inc., and John A. Fogle, Sr.,

Appellees.

_____

AMENDED STATEMENT OF CONSENT TO MOTION TO FILE APPENDIX OUT OF TIME

_____

Appellants filed a Motion to File Appendix Out of Time on August 4, 2014. To comply with Fed. Cir. R. 26(b)(3) and 27(a)(5), the undersigned attempted to contact and discuss the motion with Appellees' counsel via e-mail and telephone. The undersigned was informed by counsel's office that counsel would was out of the country on vacation for the week of August 4, 2014, and such representation was made to the Court.

The undersigned subsequently received an e-mail from counsel for Appellees the evening of August 4, 2014, confirming he was out of the office and indicating that the undersigned could proceed with filing this motion and raised no objection to the motion.

<pre>
                              RILEY POPE & LANEY, LLC

                          By: /s/ Damon C. Wlodarczyk
                              **Damon C. Wlodarczyk**
                              Federal District Court #9487
                              *Counsel for Appellants*
                              Post Office Box 11412
                              Columbia, SC 29211
                              Telephone: (803) 799-9993
                              Facsimile: (803) 239-1414
                              E-mail: damonw@rplfirm.com
August 5, 2014
</pre>